*case closed*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO CARDENAS, JR., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, and DOES 1 through 10, inclusive, <br><br>　　　　Defendants. | CASE NO. CV10 6132 ODW (CWx) <br><br>[~~PROPOSED~~] JUDGMENT <br><br>Dept:　　　　11 <br>Judge:　　　Otis D. Wright <br><br>Compl. Filed:　August 17, 2010 |

1  On January 17, 2012, the Court issued an order granting, in full, Defendant United Parcel Service, Inc.'s ("Defendant") Motion For Summary Judgment Or, in the Alternative, Partial Summary Judgment, finding that there is no genuine issue of material fact as to any of Plaintiff Rigoberto Cardenas's ("Plaintiff") claims and that Defendant is entitled to judgment as a matter of law on all of Plaintiff's claims.

On January 31, 2012, Plaintiff moved for reconsideration, alleging that the Court failed to consider various facts advanced by Plaintiff. On February 27, 2012, Plaintiff's motion for reconsideration was heard before the Court. Holly Lake appeared for Defendant. Steven Krongold appeared for Plaintiff.

On February 28, 2012, the Court issued an order denying Plaintiff's motion for reconsideration.

The foregoing having fully adjudicated all causes of action in Plaintiff's operative complaint, the Court hereby enters judgment as follows:

1. Judgment is entered in favor of Defendant United Parcel Service, Inc.;
2. Plaintiff takes nothing by his complaint and his complaint is dismissed with prejudice; and
3. Defendant is to recover from Plaintiff its costs of suit herein.

IT IS SO ORDERED.

Dated: 3/5/'12

_____
Honorable Otis D. Wright
District Judge of the United States District Court

Respectfully submitted,
DATED: March 1, 2012        PAUL HASTINGS LLP


By: /s/ - Holly R. Lake
     HOLLY R. LAKE
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.